UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

GABRIEL DELGADO,
    a/k/a "Gabriel Delgato,"
    a/k/a "Gabriel Delgado-Brito,"
    a/k/a "Rafael Ramirez"

                Defendant.

- - - - - - - - - - - - - - - - - x

: 07 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: INDICTMENT
DATE FILED: AUG 2 3 2007

07 CRIM. 797

JUDGE JONES

### COUNT ONE

The Grand Jury charges:

From at least on or about May 22, 2007, in the Southern District of New York and elsewhere, GABRIEL DELGADO, a/k/a "Gabriel Delgato," a/k/a "Gabriel Delgado-Brito," a/k/a "Rafael Ramirez," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August 8, 1995, in New York State Supreme Court, Bronx County, for Robbery in the Second Degree, a violation of New York State Penal Law Section 160.10, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_/s/_____
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GABRIEL DELGADO,
a/k/a "Gabriel Delgato,"
a/k/a "Gabriel Delgado-Brito,"
a/k/a "Rafael Ramirez,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

Filed indictment. Case assigned to Judge Jones.

SRM 8/23/07       — Francis, J.